UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| YONGPING ZHOU,                    )<br>                                               )<br>          Plaintiff,            )<br>     vs.                           )       1:07-cv-0633-WTL-TAB<br>                                               )<br>PATRICK T. BELANGER,     )<br>                                               )<br>          Defendant.         ) | |

**Entry Concerning Selected Matters**

**I.**

"Once a party invokes the judicial system by filing a lawsuit, it must abide by the rules of the court; a party can not decide for itself when it feels like pressing its action and when it feels like taking a break because trial judges have a responsibility to litigants to keep their court calendars as current as humanly possible." *James v. McDonald's Corp.,* 417 F.3d 672, 681 (7th Cir. 2005), citing *GCIU Employer Ret. Fund v. Chicago Tribune Co.,* 8 F.3d 1195, 1198-99 (7th Cir. 1993)(internal quotations omitted). The plaintiff is **admonished** to take heed of the foregoing.

Guided by this principle, and referencing the recent and explicit ruling in paragraph 1 of the Entry issued on February 19, 2010, the plaintiffs' motion to compel the defendant to produce certain documents (dkt 127) and the plaintiff's motion to compel third parties to produce certain documents (dkt 128) are each **denied.**

**II.**

**A.**

The plaintiff's notice of appeal (dkt 128) shall be separately docketed and processed.

**B.**

The plaintiff's notice of appeal from the ruling issued on February 18, 2010 will be processed. That ruling, however, is not a final judgment and is not otherwise appealable at this time under any rule, statute, or body of law. It is thus ineffective. The parties are **notified** that proceedings in this court are not stayed automatically by the filing of that appeal and neither this court nor the Court of Appeals has entered an order staying further development of the action. Proceedings in this court are *not* stayed.

**IT IS SO ORDERED.**

Date: 03/08/2010

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Jonathan Lamont Mayes
CITY OF INDIANAPOLIS, CORPORATION COUNSEL
jmayes@indygov.org

Richard G. McDermott
CITY OF INDIANAPOLIS, CORPORATION COUNSEL
rmcdermo@indygov.org

Yongping Zhou
PO Box 928645
San Diego, CA 92192